[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-11854

Non-Argument Calendar

_____

PAMELA A. AJOLOKO,

Plaintiff-Appellant,

*versus*

JAMAS TECHNOLOGY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 7:23-cv-00177-LSC

_____

2                    Opinion of the Court                    24-11854

Before NEWSOM, BRANCH, and LAGOA, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Pamela Ajoloko appeals the district court's final order granting the defendant's motion for summary judgment, which it entered on April 25, 2024 along with a memorandum opinion. Ajoloko was required to file a notice of appeal on or before May 28, 2024, but she did not file her notice of appeal until June 5, 2024. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A), 7(A)(ii). Thus, the notice of appeal is untimely and cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010) (noting that the timely filing of a notice of appeal in a civil case is a jurisdictional requirement, and we cannot entertain an appeal that is out of time).

The appellee's motion to dismiss is DENIED as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.